IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO.: CR202-35 |
| v. | ) | |
| | ) | |
| SHARLENE L. FAULK | ) | |

## ORDER

The United States Probation Office has filed a Report alleging that Defendant violated the conditions of her supervised release. Defendant was subsequently arrested, and counsel was appointed to represent her. Defendant Faulk, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Sharlene L. Faulk be held for a revocation hearing.

**SO ORDERED**, this 1st day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)