AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION


FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 NOV -8 A 9: 06

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| Sharlene Faulk | Case Number: CR202-00035-001 |
| | USM Number: 11315-021 |
| | Doree R. Avera |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory conditions  1, 2, 3, and 4  of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | August 17, 2005 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: 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

Defendant's Date of Birth: July 26, 1969

November 4, 2005
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
1820 Buckhead Road
Baxley, Georgia 31513

Defendant's Mailing Address:
1820 Buckhead Road
Baxley, Georgia 31513

Judge, U.S. District Court
Name and Title of Judge

11-8-05
Date

AO 245D (Rev 12/03)  Judgment in a Criminal Case for Revocations:
    Sheet 1A

Judgment-Page 2 of 3

DEFENDANT: Sharlene Faulk
CASE NUMBER: CR202-00035-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | September 13, 2005 |
| 3 | The defendant committed another Federal, state, or local crime (mandatory condition). | September 17, 2005 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 2, 2005 |

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations:
Sheet 2 - Imprisonment

Judgment-Page 3 of 3

DEFENDANT: Sharlene Faulk
CASE NUMBER: CR202-00035-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __9 months__.

[X] The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be imprisoned at the facility located in Coleman, Florida.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal